IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) NO.: 25-14109-JPC |
| JASON T CRUZ, | ) |
| STACEY A CRUZ, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) JUDGE: JACQUELINE P. COX |
| | ) |
| | ) |
| | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of Figure Lending LLC, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

/s/ Dana O'Brien

Dana O'Brien
ARDC # 6256415
McCalla Raymer Leibert Pierce, LLP
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

Dated: September 15, 2025

NOA